JS 44 (Rev. 11/04) **CIVIL COVER SHEET** APPENDIX H

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| KAREN DAVIS | NATIONWIDE MUTUAL FIRE INSURANCE COMPANY |

(b) County of Residence of First Listed Plaintiff  **Delaware County, PA**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  Franklin, Ohio
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Scott Gallant, Esquire, Gallant & Parlow, P.C. , 1617 JFK Blvd, Suite 1270, Philadelphia, PA 19103 (215) 568-2900

Attorneys (If Known)
Pamela A. Carlos, Esquire, Bennett, Bricklin & Saltzburg, LLC, 1601 Market Street, 16th Floor, Philadelphia, PA 19103 - (215) 665-3315

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

| | |
|---|---|
| ☐ 1 U.S. Government Plaintiff | ☐ 3 Federal Question (U.S. Government Not a Party) |
| ☐ 2 U.S. Government Defendant | X 4 Diversity (Indicate Citizenship of Parties in Item III) |

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | X 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | X 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | | State Statutes |
| | ☐ 440 Other Civil Rights | | | | |

**V. ORIGIN** (Place an "X" in One Box Only)

| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ 1 Original Proceeding | X 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from another district (specify) | ☐ 6 Multidistrict Litigation | ☐ 7 Appeal to District Judge from Magistrate Judgment |

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. §§1332, 1441 and 1446
Brief description of cause:
breach of contract, bad faith pursuant to 42 Pa. C.S.A. 8371

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ In excess $75,000
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes x No

**VIII. RELATED CASE(S) IF ANY** (See instructions):  JUDGE _____  DOCKET NUMBER _____

DATE March 25, 2015

SIGNATURE OF ATTORNEY OF RECORD
*Pamela A. Carlos*

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

## UNITED STATES DISTRICT COURT

APPENDIX F

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM** to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff:____221 Blunston Avenue, Collingdale, Pennsylvania 19023_____
Address of Defendant:____One Nationwide Plaza, Columbus, Ohio 43215_____
Place of Accident, Incident or Transaction: 221 Blunston Avenue, Collingdale, Pennsylvania 19023_____

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))      Yes ☐    No X

Does this case involve multidistrict litigation possibilities?      Yes ☐    No X

RELATED CASE, IF ANY:

Case Number: _____ Judge _____ Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
Yes ☐    No X

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
Yes ☐    No X

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?
Yes ☐    No X

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A.  Federal Question Cases:
1. ☐ Indemnity Contract, Marine Contract and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☐ All other Federal Question Cases (Please specify)

B.  Diversity Jurisdiction Cases:
1. X Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases  (Please specify)

### ARBITRATION CERTIFICATION
(Check appropriate Category)

I,_____, counsel of record do hereby certify:
☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the claimed damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;
☐ Relief other than monetary damages is sought.

DATE:____03/25/15____    Pamela A. Carlos_____    ____56396_____
Attorney-at-Law          Attorney I.D.#               Attorney I.D. #

**NOTE:** A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.
**I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.**

*Pamela A. Carlos*

DATE:____03/25/15____    Pamela A. Carlos, Esquire_____    ____56396_____
Attorney-at-Law          Attorney I.D.#

CIV. 609 (4/03)

APPENDIX I

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## CASE MANAGEMENT TRACK DESIGNATION FORM

| | | |
|---|---|---|
| **KAREN DAVIS** | : | |
| | : | |
| | : | |
| **vs.** | : | |
| | : | |
| **NATIONWIDE MUTUAL FIRE** | : | |
| **INSURANCE COMPANY** | : | **NO.** |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

## SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:

(a)  Habeas Corpus – Cases brought under 28 U.S.C. §2241 through §2255.                    ( )

(b)  Social Security – Cases requesting review of a decision of the Secretary of Health
      and Human Services denying plaintiff Social Security Benefits                                 ( )

(c)  Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.    ( )

(d)  Asbestos – Cases involving claims for personal injury or property damage from
      exposure to asbestos.                                                                           ( )

(e)  Special Management – Cases that do not fall into tracks (a) through (d) that are
      commonly referred to as complex and that need special or intense management by
      the court.  (See reverse side of this form for a detailed explanation of special
      management cases.)                                                                              ( )

(f)  Standard Management – Cases that do not fall into any one of the other tracks.         ( X )

| | | |
|---|---|---|
| <u>03/25/2015</u> | <u>Pamela A. Carlos, Esquire</u> | <u>Nationwide Mutual Fire  Insurance Company</u> |
| **Date** | **Attorney-at-law** | **Attorney for Defendant** |
| <u>(215) 665-3315</u> | <u>(215)561-6661</u> | <u>Carlos@bbs-law.com</u> |
| **Telephone** | **FAX Number** | **E-Mail Address** |

**(Civ. 660) 10/02**

## IN THE UNITED STATES DISTRICT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KAREN DAVIS** | : |
| | : |
| | : |
| **vs.** | : |
| | : |
| **NATIONWIDE MUTUAL FIRE** | : |
| **INSURANCE COMPANY** | :   **NO.** |

### NOTICE FOR REMOVAL OF CIVIL ACTION
### FROM STATE COURT

AND NOW, comes defendant, Nationwide Mutual Fire Insurance Company (hereinafter "Nationwide" or "defendant") for the purpose only of removing the case to the United States District Court for the Eastern District of Pennsylvania and respectfully avers as follows:

1. This is a civil action filed and now pending in the Court of Common Pleas of Philadelphia County, Pennsylvania, February Term, 2015, Docket No. 1680.

2. Said action was commenced on or about February 12, 2015 when plaintiff filed a Complaint. The Complaint was served on Nationwide on or about February 23, 2015. A true and correct copy of plaintiff's Complaint is attached hereto, made a part hereof and marked as Exhibit "A".

3. The averments made herein are true and correct with respect to the date and time upon which suit was commenced and the date upon which this notice is being filed.

4. This suit is of a civil nature and involves a controversy between citizens of different states. Plaintiff is an individual who is now, and was at the time plaintiff commenced this action, a citizen of this Commonwealth. Defendant, Nationwide, is now and was at the time plaintiff commenced this civil action and filed his complaint, a corporation organized under the laws of the State of Ohio and with its principal place of business at One Nationwide Plaza in Columbus, Ohio.

5. Defendant, Nationwide, has simultaneously with the filing of this notice, given written notice to the plaintiffs.

6.     Defendant, Nationwide, is also filing a copy of the instant notice of removal and all attachments thereto with the Prothonotary of the Court of Common Pleas of Philadelphia County.

7.     The Complaint asserts breach of contract and bad faith pursuant to 42 Pa.C.S.A. § 8371. The amount in controversy is listed as to each count of the Complaint as being not in excess of $50,000.[1]

8.     In her bad faith claim, pursuant to 42 Pa. C.S.A. §8371, plaintiff seeks in addition to compensatory damages, interest upon the amount of the contract claim against defendant at prime rate plus three percent, punitive damages, attorney's fees and costs.

9.     Defendant seeks to remove this matter to the United States District Court for the Eastern District of Pennsylvania. Defendant asserts that the amount in controversy in this matter exceeds $75,000. As the moving party, defendant bears the burden of proving that jurisdiction is proper in federal court. Russ vs. State Farm Mut. Auto. Ins. Co., 961 F.Supp. 808, 810 (E.D. Pa. 1997).

10.     In determining whether the jurisdiction amount has been satisfied, the Court must first look at the Complaint. Angus vs. Shiley, Inc., 989 F.2d 142, 145 (3rd Circ. 1993).

11.     The underlying lawsuit as alleged in the Complaint arises out of defendant's handling of a property damage claim to plaintiff's property located at 221 Blunston Avenue in Collingdale, Pennsylvania for a loss that occurred on or about February 15, 2014.

12. There is no specific assertion as to the amount in controversy set forth in plaintiff's complaint. However, under each count of the complaint, plaintiff avers that the damages are not in excess of $50,000. Moreover, plaintiff has attached to her complaint an estimate of alleged damages totaling approximately $35,493.40. See Exhibit "A".

---

[1] Defense counsel inquired with plaintiff's counsel as to whether plaintiff would be willing to stipulate to capping damages at $75,000 to avoid removal. Plaintiff's counsel stated he was unable to cap damages in this matter.

13.     With reference to her bad faith claim pursuant to 42 Pa. C.S.A.§8371, plaintiff also pleads damages not in excess of $50,000, and alleges that he will seek attorney's fees. Attorney's fees must also be included in determining the amount in controversy. Neff vs. General Motors Corp., 163 F.R.D. 478, 482 (E.D. Pa. 1995). It would not be unreasonable to expect that over the course of an approximate six month litigation, counsel could incur costs and fees in an amount approaching $10,000.

14.     In addition, it is anticipated that plaintiff will also seek punitive damages pursuant to 42 Pa. C.S.A. §8371.  Whether both actual and punitive damages are recoverable, punitive damages are properly considered in determining whether the jurisdictional amount has been satisfied. Bell vs. Preferred Life Assurance Soc'y, 320 U.S. 238, 240, 88 L. Ed. 15, 64 S. Ct. 5 (1943).  The contractual amount in controversy alleged in the Complaint is not in excess of $50,000 based on the allegations in the Complaint, however, coupled with estimated reasonable attorneys' fees, and if plaintiff is able to sustain a finding of bad faith, although the propriety of same is disputed by moving defendant, it is not unreasonable to expect that a punitive damage award five or six times the amount in controversy could be rendered by the trier of fact.

WHEREFORE, defendant, Nationwide Mutual Fire Insurance Company hereby removes this suit to this Honorable Court pursuant to the laws of the United States in such cases made and provided.

By: PAC2642 _Pamela A. Carlos_

**PAMELA A. CARLOS, ESQUIRE**
**LILY K. HUFFMAN, ESQUIRE**
**Attorney for Defendant**
**BENNETT, BRICKLIN & SALTZBURG LLC**
**1601 Market Street, 16th Floor**
**Philadelphia, PA 19103**
carlos@bbs-law.com
**(215)665-3315**
huffman@bbs-law.com
**(215) 665-3353**

3

## IN THE UNITED STATES DISTRICT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

KAREN DAVIS              :

                      :

                      :

vs.                    :

                      :

NATIONWIDE MUTUAL FIRE    :

INSURANCE COMPANY       :    NO.

### NOTICE OF REMOVAL

TO:    Scott Gallant, Esquire
       David Berghstrahl, Esquire
       Gallant & Parlow, P.C.
       One Penn Center, Suite 1270
       1617 John F. Kennedy Boulevard
       Philadelphia, PA  19103

PLEASE TAKE NOTICE that defendant, Nationwide Mutual Fire Insurance Company has filed in this Court a verified Notice for Removal of the State Court action, Karen Davis vs. Nationwide Mutual Fire Insurance Company, now pending in the Court of Common Pleas of Philadelphia County, Pennsylvania, at docket number February Term, 2014, No. 1680.

PLEASE TAKE FURTHER NOTICE that a certified copy of the Notice of Removal will be filed with the Prothonotary of the Court of Common Pleas of Philadelphia County, Pennsylvania.

PLEASE BE ADVISED that by virtue of 28 U.S.C. §1446(f), the State action is now removed to this Court.  The State Court has no further jurisdiction over this action and you should proceed no further in that Court or under its authority.

BY:   *Pamela A Carlos*

       **PAMELA A. CARLOS, ESQUIRE**
       **LILY K. HUFFMAN, ESQUIRE**
       **Attorneys for Defendant**
       **BENNETT, BRICKLIN & SALTZBURG LLC**
       **1601 Market Street, 16th Floor**
       **Philadelphia, PA 19103**
       **carlos@bbs-law.com**
       **(215) 665-3315**
       **huffman@bbs-law.com**

DATE: 03/25/15       **(215) 665-3353**

IN THE UNITED STATES DISTRICT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

KAREN DAVIS                 :

                      :

                      :

**vs.**                    :

                      :

NATIONWIDE MUTUAL FIRE    :

INSURANCE COMPANY        :     NO.

## DEFENDANT'S CERTIFICATION OF FILING OF
## COPY OF NOTICE OF REMOVAL WITH STATE COURT

Pamela A. Carlos, Esquire, being duly sworn according to law, deposes and says that she is a member with the law firm of Bennett, Bricklin & Saltzburg LLC, attorneys for defendant, Nationwide Mutual Fire Insurance Company.

That she did direct the filing with the Prothonotary of the Court of Common Pleas of Philadelphia County a copy of the Notice of Removal, attached hereto, said filing to be made on March 25, 2015.

BY: _Pamela A. Carlos_

         **PAMELA A. CARLOS, ESQUIRE**
         **Attorney for defendant**
         **BENNETT, BRICKLIN & SALTZBURG LLC**
         **1601 Market Street, 16th Floor**
         **Philadelphia, PA 19103**
         **Carlos@bbs-law.com**
         **(215) 665-3315**

**Sworn to and subscribed**
**before me this 25th day**
**of March, 2015.**

**NOTARY PUBLIC**

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
DENISE M. PATSCH, Notary Public
City of Philadelphia, Phila. County
My Commission Expires October 24, 2017

## IN THE UNITED STATES DISTRICT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

KAREN DAVIS                                          :
                                                :
                                                :
vs.                                                 :
                                                :
NATIONWIDE MUTUAL FIRE                               :
INSURANCE COMPANY                                    :        NO.

## CERTIFICATE OF SERVICE

     Pamela A. Carlos, Esquire, being duly sworn according to law, deposes and says that she is

an attorney with the law firm of Bennett, Bricklin & Saltzburg LLC, attorneys for defendant,

Nationwide Mutual Fire Insurance Company and that she certifies that a true and correct copy of this

Removal Petition was filed electronically and is available for viewing and downloading from the

Electronic Case filing system which constitutes service upon the following counsel of record :

     Scott Gallant, Esquire
     David Berghstrahl, Esquire
     Gallant & Parlow, P.C.
     One Penn Center, Suite 1270
     1617 John F. Kennedy Boulevard
     Philadelphia, PA  19103

BY:     *Pamela A. Carlos*

     **PAMELA A. CARLOS, ESQUIRE**
     **Attorney for Defendant**
     **BENNETT, BRICKLIN & SALTZBURG LLC**
     **1601 Market Street, 16th Floor**
     **Philadelphia, PA 19103**
     **(215) 665-3353**

Sworn to and subscribed
before me this 25th day
of March, 2015.

*[signature]*

NOTARY PUBLIC

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
DENISE M. PATSCH, Notary Public
City of Philadelphia, Phila. County
My Commission Expires October 24, 2017

## AFFIDAVIT

I, Pamela A. Carlos, Esquire, being duly sworn according to law, do hereby depose and state that I am the attorney for Defendant, Nationwide Mutual Fire Insurance Company, the Petitioner in the foregoing Notice of Removal, that I have been duly authorized by the Petitioner to execute this Affidavit, that I am familiar with the facts involved in this matter, and that the allegations set forth in the foregoing Notice of Removal are true and correct to the best of my knowledge, information and belief.

_Pamela A. Carlos_

**PAMELA A. CARLOS, ESQUIRE**

**DATE:**   March 25,  2015

# EXHIBIT "A"

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

For Prothonotary Use Only (Docket Number)

**FEBRUARY 2015**

E-Filing Number: 1502024875

**001680**

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| KAREN DAVIS | NATIONAL MUTUAL FIRE INSURANCE COMPANY |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 221 BLUNSTON AVENUE<br>COLLINGDALE PA 19023 | ONE NATIONWIDE PLAZA<br>COLUMBUS OH 43215-2220 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 1 | 1 | ☒ Complaint   ☐ Petition Action   ☐ Notice of Appeal<br>☐ Writ of Summons   ☐ Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS | | | |
|---|---|---|---|---|
| ☒ $50,000.00 or less<br>☐ More than $50,000.00 | ☒ Arbitration<br>☐ Jury<br>☐ Non-Jury<br>☐ Other: | ☐ Mass Tort<br>☐ Savings Action<br>☐ Petition | ☐ Commerce<br>☐ Minor Court Appeal<br>☐ Statutory Appeals | ☐ Settlement<br>☐ Minors<br>☐ W/D/Survival |

CASE TYPE AND CODE

10 - CONTRACTS OTHER

STATUTORY BASIS FOR CAUSE OF ACTION

RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER)

**FILED**
**PRO PROTHY**

FEB **12** 2015

**J. OSTROWSKI**

IS CASE SUBJECT TO
COORDINATION ORDER?
YES          NO

TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: <u>KAREN DAVIS</u>

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS |
|---|---|
| SCOTT R. GALLANT | GALLANT & PARLOW P.C.<br>ONE PENN CENTER, SUITE 1270<br>1617 JOHN F. KENNEDY BOULEVARD<br>PHILADELPHIA PA 19103 |

| PHONE NUMBER | FAX NUMBER | |
|---|---|---|
| (215)568-2900 | (215)568-2901 | |

| SUPREME COURT IDENTIFICATION NO. | E-MAIL ADDRESS |
|---|---|
| 69676 | sgallant@gallantparlow.com |

| SIGNATURE OF FILING ATTORNEY OR PARTY | DATE SUBMITTED |
|---|---|
| *SCOTT GALLANT* | Thursday, February 12, 2015, 11:29 am |

FINAL COPY (Approved by the Prothonotary Clerk)

USTED ESTA ORDENADO COMPARECER EN Arbitration Hearing 1880 JFK Blvd, 5th fl, at 09:15 AM - 11/06/2015
You must still comply with the notice below. USTED TODAVIA DEBE CUJPLIR CON EL AVISO PARA DEFENDERSE.
This matter will be heard by a Board of Arbitrators at the time, date and place specified but, if one or more parties is not present
at the hearing, the matter may be heard at the same time and date before a judge of the court without the absent party or parties.
There is no right to a trial denovo on appeal from a decision entered by a Judge.

GALLANT & PARLOW, P.C.
By: SCOTT P. GALLANT, ESQUIRE
Identification No. 69676
One Penn Center, Suite 1270
1617 John F. Kennedy Boulevard
Philadelphia, PA 19103
sgallant@gallantparlow.com
(215) 568-2900

IN ARBITRATION
ASSESSMENT OF DAMAGES
HEARING REQUESTED

Filed and Attested by
PROTHONOTARY
30 JAN 2015 11:28 am
E. DORSEY

Attorney for Plaintiff

| | | |
|---|---|---|
| KAREN DAVIS | : | PHILADELPHIA COUNTY |
| 221 Blunston Avenue | : | COURT OF COMMON PLEAS |
| Collingdale, PA 19023 | : | |
| | : | FEBRUARY TERM, 2015 |
| v. | : | NO. |
| | : | |
| NATIONAL MUTUAL FIRE | : | |
| INSURANCE COMPANY | : | |
| One Nationwide Plaza | : | |
| Columbus, OH 43215-2220 | : | |

## CIVIL ACTION

### NOTICE

You have been sued in court. If you wish to defend against
the claims set forth in the following pages, you must take
action within twenty (20) days after this complaint and notice
are served, by entering a written appearance personally or by
attorney and filing in writing with the court your defenses or
objections to the claims set forth against you. You are warned
that if you fail to do so the case may proceed without you and
judgment may be entered against you by the court without
further notice for any money claimed in the complaint or for
any other claim or relief requested by the plaintiff. You may
lose money or property or other rights important to you.
You should take this paper to your lawyer at once. If you
do not have a lawyer or cannot afford one, go to or telephone
the office set forth below to find out where you can get legal help.

### AVISO

Le han demandado a usted en la corte. Si usted quiere
defenderse de estas demandas expuestas en las páginas
siguientes, usted tiene veinte (20) días de plazo al partir
de la fecha de la demanda y la notificación. Hace falta
asentar una comparecencia escrita o en persona o a
entregar a la corte en forma con un abogado y escrita
sus defensas o sus objeciones a las demandas en contra de
su personá. Sea avisado que si usted no se defiende, la
corte tomara medidas y puede continuar la demandante y
la demanda en contra suya sin previo aviso o
notificación.

Además, la corte puede decidir a favor del demandante y
requiere que usted cumpla con todas las provisiones de esta
demanda. Usted puede perder dinero o sus propiedades u
otros derechos importantes para usted.
INMEDIATAMENTE. SI NO TIENE ABOGADO O
SINO TIENE EL DINERO SUFICIENTE DE PAGAR
TAL SERVICO, VAYA EN PERSONA O LLAME POR
TELÉFONO A LA OFICINA CUYA DIRECCIóN SE
ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR
DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL

*PHILADELPHIA COUNTY BAR ASSOCIATION*
*LAWYER REFERRAL AND INFORMATION SERVICE*
*One Reading Center*
*PHILADELPHIA, PENNSYLVANIA 19107*
TELEPHONE: (215) 238-6333

Case ID: 150201680

**GALLANT & PARLOW, P.C.**
By:  SCOTT R. GALLANT, ESQUIRE
Identification No. 69676
One Penn Center, Suite 1270
1617 John F. Kennedy Boulevard
Philadelphia, PA  19103
sgallant@gallantparlow.com
(215) 568-2900

IN ARBITRATION
ASSESSMENT OF DAMAGES
HEARING REQUIRED


Attorney for Plaintiff

| | | |
|---|---|---|
| KAREN DAVIS | : | PHILADELPHIA COUNTY |
| 221 Blunston Avenue | : | COURT OF COMMON PLEAS |
| Collingdale, PA 19023 | : | |
| | : | FEBRUARY TERM, 2015 |
| v. | : | NO. |
| | : | |
| NATIONAL MUTUAL FIRE | : | |
| INSURANCE COMPANY | : | |
| One Nationwide Plaza | : | |
| Columbus, OH 43215-2220 | : | |

## CIVIL ACTION
### (1C.  Contracts & Bad Faith)

1.     Plaintiff, Karen Davis, is an adult individual residing at the address as set forth above.

2.     Defendant, National Mutual Fire Insurance Company, is a corporation, incorporation, company, limited liability company, or other similar corporate entity duly organized and existing and licensed to issue policies of insurance in the Commonwealth of Pennsylvania and maintains its principal place of business at the address set forth above.

3.     Defendant regularly conducts business in the City and County of Philadelphia.

4.     Defendant, in its regular course of business, issued to Plaintiff a policy of insurance, Policy No. 5837HO636901, covering Plaintiff's premises located at 221 Blunston Avenue, Collingdale, PA 19023.  Plaintiff is not in possession of the entire policy and it is alleged that said policy is in the possession of Defendant.

5.     At all times material hereto, Defendant was acting either individually or through

Case ID: 150201680

its duly authorized agents, servants, workmen or employees, who were acting within the course and scope of their employment and on the business of said employer.

6.      On or about February 15, 2014, while said policy of insurance was in full force and effect, Plaintiff suffered a sudden and accidental direct physical loss due to weight of ice and snow, resulting in damage to the insured premises in those areas and to the extent set forth in the Estimate of Loss of Metro Public Adjustment, Inc., a true and correct copy of which is attached hereto, made part hereof, and marked Exhibit "A".

7.      Notice of Plaintiff's covered loss was given to Defendant in a prompt and timely manner and Plaintiff has done and otherwise performed all things required of her under the policy of insurance issued by Defendant, including cooperating with Defendant's investigation; mitigating damages where reasonable, required and/or possible; providing Defendant with all available information and complying with all conditions precedent.

8.      Defendant, despite demand for benefits under its policy of insurance has failed and refused to pay to Plaintiff those benefits due and owing under said policy of insurance.

9.      Solely as a result of Defendant's failure and refusal to pay benefits to Plaintiff as required under the aforementioned policy of insurance, as well as the mishandling of Plaintiff's claim, Plaintiff has suffered loss and damage in an amount not in excess of Fifty Thousand Dollars ($50,000.00).

## COUNT I - BREACH OF CONTRACT

10.     Plaintiff incorporates by reference herein the facts and allegations contained in the preceding paragraphs as though same were set forth herein at length.

11.     Defendant has breached its contractual obligations to pay benefits to Plaintiff for a loss covered under Defendant's policy of insurance.

Case ID: 150201680

**WHEREFORE**, Plaintiff, Karen Davis, demands judgment against Defendant, National Mutual Fire Insurance Company, in an amount not in excess of Fifty Thousand Dollars ($50,000.00) together with interest and costs.

## COUNT II - BAD FAITH

12.     Plaintiff incorporates by reference herein the facts and allegations contained in the preceding paragraphs as though same were set forth herein at length.

13.     Defendant has engaged in Bad Faith conduct toward Plaintiff and has treated Plaintiff unreasonably and unfairly with respect to its adjustment of Plaintiff's covered loss, in violation of 42 Pa.C.S.A. § 8371.

14.     In furtherance of its bad faith and wrongful denial and refusal to pay benefits for Plaintiff's covered loss, Defendant, acting by and through its duly authorized agents, servants, workmen or employees, has engaged in the following conduct:

(a)     in communicating to Plaintiff and/or Plaintiff's representative, representing to Plaintiff and/or Plaintiff's representatives that her claim was not, in fact, covered under Defendant's policy of insurance when Defendant knew or should have known that such representation was false and misleading.

(b)     in failing to effectuate a prompt, fair and equitable settlement of Plaintiff's claim when its liability under the policy became reasonably clear;

(c)     in misrepresenting pertinent facts or policy or contract provisions relating to the coverages at issue;

(d)     in treating the Plaintiff with reckless indifference and disregard under the circumstances;

(e)     in not having a reasonable basis for denying Plaintiff's benefits under the

policy and in knowingly or recklessly disregarding its lack of reasonable basis when it denied Plaintiff's claim;

      (f)    in interpreting ambiguous terms, provisions and/or conditions of the aforementioned policy in its favor and against Plaintiff.

15.    Solely as a result of Defendant's bad faith misconduct as aforesaid, Plaintiff has been required to obtain counsel to commence the present action to recover benefits due and owing under the policy of insurance issued by Defendant for Plaintiff's covered loss, and has incurred costs and other expenses in connection with said claim.

**WHEREFORE**, Plaintiff, Karen Davis, demands judgment against Defendant, National Mutual Fire Insurance Company, for punitive damages, counsel fees and costs, together with interest on Plaintiff's claim, in an amount not in excess of Fifty Thousand Dollars ($50,000.00).

**GALLANT & PARLOW, P.C.**

BY:  /s/Scott R. Gallant           
         SCOTT R. GALLANT, ESQUIRE
         Attorney for Plaintiff

Date: <u>February 12, 2015</u>

## VERIFICATION

The undersigned, having read the attached document, verifies that the within document is based on information furnished to counsel, which information has been gathered by counsel in the course of this lawsuit. The language of the document is that of counsel and not of signer. Signer verifies that he/she has read the within document and that it is true and correct to the best of signer's knowledge, information and belief. To the extent that the contents of the document are that of counsel, verifier has relied upon counsel in taking this Verification. This Verification is made subject to the penalties of 18 Pa. C.S.A. §4904 relating to unsworn falsification to authorities.

X _Konehw_____

KAREN DAVIS

**FILE NO.:   6294**

# EXHIBIT A

Case ID: 150201680



**Metro Public Adjustment**

3551 Bristol Pike
Bensalem, PA 19020

|  |  |  |  |
|---|---|---|---|
| Insured: | Karen Davis | Home: | (610) 461-1171 |
| Property: | 221 Blunston Avenue | Cellular: | (610) 864-3963 |
|  | Collingdale, PA 19023 | E-mail: | kdd2pure@verizon.net |

|  |  |  |  |
|---|---|---|---|
| Claim Rep.: | Lenard Taborn Jr | Business: | (609) 202-2875 |
| Company: | Metro Public Adjustment | E-mail: | Ltaborn@metropa.com |
| Business: | 3551 Bristol Pike |  |  |
|  | Bensalem, PA 19020 |  |  |

|  |  |  |  |
|---|---|---|---|
| Estimator: | Lenard Taborn Jr | Business: | (609) 202-2875 |
| Company: | Metro Public Adjustment | E-mail: | Ltaborn@metropa.com |
| Business: | 3551 Bristol Pike |  |  |
|  | Bensalem, PA 19020 |  |  |

**Claim Number:** 2014020783   **Policy Number:** 5837HO636901   **Type of Loss:** Weight of Ice & Snow

|  |  |  |  |
|---|---|---|---|
| Date of Loss: | 2/15/2014 | Date Received: |  |
| Date Inspected: | 2/11/2015 | Date Entered: | 2/11/2015 1:24 PM |

| | |
|---|---|
| Price List: | PAWC7X_FEB15 |
|  | Restoration/Service/Remodel |
| Estimate: | DAVIS |

The following estimate is only an approximation of the damages suffered, or expenses incurred, by the insured. No warranty or representation with regard to the accuracy of the estimate is expressed or implied and none should be inferred. The actual damages suffered, or expenses incurred, could be higher or lower than the estimate, even significantly, depending on variances in a number of factors affecting the estimate and the accuracy of the information and assumptions upon which the estimate is based. The estimate is based upon, among other things: information provided to us by the insured; our own observations; measurements taken by our own representatives, the insured and others engaged by the insured; as well as certain assumptions made by us. Many factors may effect the amount of the estimate where compensation has already been received by the insured for the damage, and with regard to which payment we were not informed; the cost of one contractor varying from another contractor as a result of a number of factors, including, without limitation, the quality of the work, the quality of the materials, or warranties provided by such contractors; damages that were not observed at the time the estimate was rendered because of a lack of accessibility or weather; and all other factors beyond our reasonable control. This estimate has been calculated for informational purposes only, and is based upon our good faith belief as the damages suffered or expenses incurred as a result of the particular loss, and only represents one opinion as to the method of repair, restoration, or replacement. Any reliance on the estimate is at your own risk and you agree to hold Metro Public Adjustment, Inc., its representatives, employees, agents, officers, and principals harmless in the event of such reliance.
Copyright 1996 Metro Public Adjustment, Inc.

Case ID: 150201680



**Metro Public Adjustment**

3551 Bristol Pike
Bensalem, PA 19020

## DAVIS

### Main Level



| **Garage** | | | | | **Height: 9' 10"** |
|---|---|---|---|---|---|
| | 860.42 SF Walls | | | 444.97 SF Ceiling | |
| | 1,305.39 SF Walls & Ceiling | | | 444.97 SF Floor | |
| | 49.44 SY Flooring | | | 87.50 LF Floor Perimeter | |
| | 87.50 LF Ceil. Perimeter | | | | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 1. R&R Block - 8" x 8" x 16" - in place | 200.00 SF | 1.81 | 5.45 | 1,452.00 |
| 2. Detach & Reset Fluorescent - two tube - 4' - strip light | 5.00 EA | 0.00 | 0.00 | 384.20 |
| 3. Paint masonry | 860.42 SF | 0.00 | 0.60 | 516.25 |
| 4. R&R Joist - floor or ceiling - 2x8 - w/blocking - 16" oc | 444.97 SF | 0.72 | 2.51 | 1,437.25 |
| 5. Demolish/remove detached garage - masonry exterior | 444.97 SF | 4.96 | 0.00 | 2,207.05 |
| 6. R&R Steel door frame - 3' opening | 1.00 EA | 15.03 | 145.08 | 160.11 |
| 7. R&R Steel door, 3' x 7' | 1.00 EA | 12.03 | 202.38 | 214.41 |
| 8. R&R Overhead (garage) door opener | 1.00 EA | 17.82 | 356.36 | 374.18 |
| 9. R&R Overhead door & hardware - 10' x 8' - Premium grade | 1.00 EA | 63.32 | 1,327.11 | 1,390.43 |
| 10. Rewire - average residence - copper wiring | 444.97 SF | 0.00 | 3.37 | 1,499.55 |

| Totals: Garage | | | | 9,635.43 |
|---|---|---|---|---|

| Total: Main Level | | | | 9,635.43 |
|---|---|---|---|---|

### Secnd Floor



| **Room1** | | | | | **Height: 4' 6"** |
|---|---|---|---|---|---|
| | 405.92 SF Walls | | | 475.00 SF Ceiling | |
| | 880.92 SF Walls & Ceiling | | | 475.00 SF Floor | |
| | 52.78 SY Flooring | | | 90.20 LF Floor Perimeter | |
| | 90.20 LF Ceil. Perimeter | | | | |

DAVIS                                                                2/12/2015          Page: 2

Case ID: 150201680



**Metro Public Adjustment**

3551 Bristol Pike
Bensalem, PA 19020

### CONTINUED - Room1

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 11. R&R Batt insulation - 4" - R13 - unfaced batt | 405.92 SF | 0.19 | 0.61 | 324.73 |
| 12. R&R Stud wall - 2" x 4" x 8' - 16" oc | 90.20 LF | 1.39 | 15.47 | 1,520.77 |
| 13. R&R Sheathing - OSB - 1/2" Interior and exterior walls. | 812.00 SF | 0.45 | 1.16 | 1,307.32 |
| 14. R&R Sheathing - plywood - 1/2" CDX Floor | 475.00 SF | 0.45 | 1.95 | 1,140.00 |
| 15. R&R Siding - vinyl | 405.92 SF | 0.34 | 3.44 | 1,534.37 |
| 16. R&R House wrap (air/moisture barrier) | 405.92 SF | 0.04 | 0.26 | 121.78 |
| 17. R&R Aluminum window - jalousie, 3-11 sf | 6.00 EA | 18.12 | 307.33 | 1,952.70 |
| 18. Rewire - average residence - copper wiring | 475.00 SF | 0.00 | 3.37 | 1,600.75 |
| 19. R&R Breaker panel - 125 amp | 1.00 EA | 295.54 | 622.64 | 918.18 |
| 20. R&R Light fixture | 2.00 EA | 6.69 | 56.33 | 126.04 |

Totals: Room1      10,546.64



**Roof1**

58.66 Surface Area      0.59 Number of Squares
24.15 Total Perimeter Length

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 21. Remove 3 tab - 25 yr. - comp. shingle roofing - w/out felt | 0.59 SQ | 47.75 | 0.00 | 28.17 |
| 22. 3 tab - 25 yr. - comp. shingle roofing - w/out felt | 0.67 SQ | 0.00 | 183.54 | 122.97 |
| 23. Roofing felt - 30 lb. | 0.59 SQ | 0.00 | 30.93 | 18.25 |
| 24. R&R Rafters - 2x4 - 24" OC (3-5/12 Gable, per SF of floor) | 72.00 SF | 0.58 | 1.59 | 156.24 |
| 25. R&R Joist - 2x6 floor or ceiling system | 54.00 BF | 0.52 | 1.85 | 127.98 |

Totals: Roof1      453.61

DAVIS      2/12/2015      Page: 3

Case ID: 150201680



**Metro Public Adjustment**

3551 Bristol Pike
Bensalem, PA 19020

Total: Scend Floor                                                                                    11,000.25

## Roof



**Roof1**

| | | | |
|---|---|---|---|
| 649.08 Surface Area | | 6.49 Number of Squares | |
| 103.88 Total Perimeter Length | | 31.01 Total Ridge Length | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 26.  R&R Rafters - 2x6 - 16" OC (3-5/12 Gable, per SF of floor) | 475.00 SF | 0.80 | 2.53 | 1,581.75 |
| 27.  R&R Aluminum rake/gable edge trim - color finish | 40.00 LF | 0.47 | 4.74 | 208.40 |
| 28.  Asphalt starter - universal starter course | 60.00 LF | 0.00 | 1.66 | 99.60 |
| 29.  Fascia - metal - 6" | 96.00 LF | 0.00 | 4.47 | 429.12 |
| 30.  Drip edge/gutter apron | 40.00 LF | 0.00 | 1.96 | 78.40 |
| 31.  Drip edge | 60.00 LF | 0.00 | 1.86 | 111.60 |
| 32.  Tear out and bag wet insulation | 475.00 SF | 0.62 | 0.00 | 294.50 |
| 33.  R&R Batt insulation - 6" - R19 - unfaced batt | 650.00 SF | 0.23 | 0.89 | 728.00 |
| 34.  R&R Paneling - Standard grade | 650.00 SF | 0.24 | 1.77 | 1,306.50 |
| Attached to bottom of rafters. | | | | |
| 35.  3 tab - 25 yr. - comp. shingle roofing - w/out felt | 6.67 SQ | 0.00 | 183.54 | 1,224.21 |
| 36.  Ridge cap - composition shingles | 31.01 LF | 0.00 | 4.67 | 144.82 |
| 37.  Roofing felt - 30 lb. | 6.49 SQ | 0.00 | 30.93 | 200.74 |
| 38.  R&R Roof vent - turtle type - Metal | 1.00 EA | 7.21 | 50.93 | 58.14 |

Totals:  Roof1                                                                                                6,465.78

Total: Roof                                                                                                   6,465.78

## Miscellaneous

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|

DAVIS                                                        2/12/2015          Page: 4

Case ID: 150201680



**Metro Public Adjustment**

3551 Bristol Pike
Bensalem, PA 19020

**CONTINUED - Miscellaneous**

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 39. Dumpster load - Approx. 20 yards, 4 tons of debris | 2.00 EA | 576.00 | 0.00 | 1,152.00 |
| 40. General Laborer - per hour | 4.00 HR | 0.00 | 34.01 | 136.04 |
| 41. Backhoe loader and operator | 4.00 HR | 0.00 | 101.53 | 406.12 |

| Totals: Miscellaneous | | | | 1,694.16 |
|---|---|---|---|---|

| Line Item Totals: DAVIS | | | | 28,795.62 |
|---|---|---|---|---|

**Grand Total Areas:**

| | | | | | |
|---|---|---|---|---|---|
| 1,266.34 | SF Walls | 919.97 | SF Ceiling | 2,186.31 | SF Walls and Ceiling |
| 919.97 | SF Floor | 102.22 | SY Flooring | 177.70 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 177.70 | LF Ceil. Perimeter |
| | | | | | |
| 919.97 | Floor Area | 1,010.60 | Total Area | 1,266.34 | Interior Wall Area |
| 1,520.54 | Exterior Wall Area | 185.70 | Exterior Perimeter of Walls | | |
| | | | | | |
| 707.74 | Surface Area | 7.08 | Number of Squares | 128.04 | Total Perimeter Length |
| 31.01 | Total Ridge Length | 0.00 | Total Hip Length | | |

Case ID: 150201680



**Metro Public Adjustment**

3551 Bristol Pike
Bensalem, PA 19020

### Summary for Dwelling

| | | | |
|---|---|---|---|
| Line Item Total | | | 28,795.62 |
| Material Sales Tax | @ | 6.000% | 537.70 |
| Subtotal | | | 29,333.32 |
| Overhead | @ | 10.0% | 2,933.37 |
| Profit | @ | 10.0% | 3,226.71 |
| **Replacement Cost Value** | | | **$35,493.40** |
| **Net Claim** | | | **$35,493.40** |

Lenard Taborn Jr

DAVIS                           2/12/2015        Page: 6

Case ID: 150201680



**Metro Public Adjustment**

3551 Bristol Pike
Bensalem, PA 19020

### Recap by Room

**Estimate: DAVIS**

| | | |
|---|---:|---:|
| **Area: Main Level** | | |
| Garage | 9,635.43 | 33.46% |
| | | |
| Area Subtotal:  Main Level | 9,635.43 | 33.46% |
| | | |
| **Area: Secnd Floor** | | |
| Room1 | 10,546.64 | 36.63% |
| Roof1 | 453.61 | 1.58% |
| | | |
| Area Subtotal:  Secnd Floor | 11,000.25 | 38.20% |
| | | |
| **Area: Roof** | | |
| Roof1 | 6,465.78 | 22.45% |
| | | |
| Area Subtotal:  Roof | 6,465.78 | 22.45% |
| Miscellaneous | 1,694.16 | 5.88% |
| | | |
| **Subtotal of Areas** | 28,795.62 | 100.00% |
| | | |
| **Total** | 28,795.62 | 100.00% |

Case ID: 150201680



**Metro Public Adjustment**

3551 Bristol Pike
Bensalem, PA 19020

## Recap by Category

| O&P Items | | | Total | % |
|---|---|---|---|---|
| GENERAL DEMOLITION | | | 6,607.19 | 18.62% |
| DOORS | | | 2,030.93 | 5.72% |
| ELECTRICAL | | | 3,722.94 | 10.49% |
| EXCAVATION | | | 406.12 | 1.14% |
| FRAMING & ROUGH CARPENTRY | | | 4,870.31 | 13.72% |
| INSULATION | | | 931.65 | 2.62% |
| LABOR ONLY | | | 136.04 | 0.38% |
| LIGHT FIXTURES | | | 496.86 | 1.40% |
| MASONRY | | | 1,090.00 | 3.07% |
| PANELING & WOOD WALL FINISHES | | | 1,150.50 | 3.24% |
| PAINTING | | | 516.25 | 1.45% |
| ROOFING | | | 3,167.37 | 8.92% |
| SIDING | | | 1,396.36 | 3.93% |
| SOFFIT, FASCIA, & GUTTER | | | 429.12 | 1.21% |
| WINDOWS - ALUMINUM | | | 1,843.98 | 5.20% |
| O&P Items Subtotal | | | 28,795.62 | 81.13% |
| Material Sales Tax | @ | 6.000% | 537.70 | 1.51% |
| Overhead | @ | 10.0% | 2,933.37 | 8.26% |
| Profit | @ | 10.0% | 3,226.71 | 9.09% |
| Total | | | 35,493.40 | 100.00% |

Minimum Charges vs. Service Charges

The key distinction between a labor minimum and a service charge is that the minimum charge includes time (labor)needed to actually perform the work while the service charges does not. Service charges, as defined, include only the drive-time and mobilization fees which are applied in many cases regardless of the amount of work being done.

General Contractor and Subcontractor Overhead and Profit

When Xactware surveys prices from contractors in the field, the unit prices the contractors provide are intended to be inclusive of costs and fees associated with performing the task, but exclude any general overhead and profit percentage.
While most often what is referred to as overhead and profit (O&P) is general overhead and profit paid to the general contractor, there is an additional category of O&P that is often not mentioned: this is the O&P required by the subcontractor who performs the work.
The unit prices published by Xactware should include the general contractors cost to either perform the work with in-house employees or to hire a subcontractor.
Because subcontractors incur their own overhead and also desire a profit, it can be reasonably assumed that the unit prices published by Xactware include the subcontractors O&P, but do not include the general contractors O&P.
Summary:
When used, general overhead and profit is most commonly added to the end of the estimate as a percentage of the total job; therefore, the general overhead and profit percentage is not included within the unit prices published by Xactware.
Subcontractor's O&P is intended to be included within the unit prices

DAVIS                                    2/12/2015            Page: 8

Case ID: 150201680

Main Level

Case ID: 150201680

DAVIS



2/12/2015

Page: 9

Main Level





Secnd Fluor

DAVIS

Case ID: 150201680





Roof

2/12/2015

Roof

Page: 11

DAVIS

Case ID: 150201680



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL™

7013 1710 0002 2177 4742

GALLANT & PARLOW, P.C.

*a t t o r n e y s   a t   l a w*

ONE PENN CENTER • SUITE 1270
1617 JOHN F. KENNEDY BOULEVARD
PHILADELPHIA, PA 19103

Nationwide Mutual Fire Insurance Company
One Nationwide Plaza
Columbus, OH 43215-2220